UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as guardian *ad litem*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | No. 1:14-CV-00662-KJM-SKO <br><br><br> ORDER |

       On its own motion, the court orders all documents and accompanying exhibits — ECF Nos. 1, 2, 3, 4, 7, 8, 14, 15 — revealing the names of the minor plaintiffs in this action to be sealed.  L.R. 141(a); *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

       Local Rule 140 requires that initials be used to identify minors "when federal or state law *requires* the use of initials, or when the specific identify of the minor is not necessary to the action or individual document."  L.R. 140(a)(i) (emphasis in original).  The Federal Rules of Civil Procedure in turn require that "the name of an individual known to be a minor . . . may include only . . . the minor's initials . . . ."  FED. R. CIV. P. 5.2(a)(3); *Allstate Life Ins. Co. v. Dall*, No. 2:07-cv-02264, 2009 WL 3806310, at *1 n.1 (E.D. Cal. Nov. 12, 2009) ("[A]s prescribed in Rule 5.2, Counsel shall . . . us[e] only 'the minor's initials.'").  Here, several of the plaintiffs are "known to be . . . minor[s]," and although some of the subject documents and exhibits are "the

1

record of a court or tribunal . . . that . . . was not subject to the redaction requirement when originally filed," the minors' privacy provides good cause for redaction. FED. R. CIV. P. 5.2(b)(3)–(4). Only initials should be used to identify these plaintiffs.

As set forth above, the specified documents are SEALED. The parties are ORDERED to file versions of the sealed documents identifying the minor plaintiffs by only their initials within one business day of the filing of this order. Counsel for both parties are further ORDERED to show cause within seven days of the filing of this order why they should not be sanctioned in the amount of $250.00 each for failing to comply with Local Rule 140 and Federal Rule of Civil Procedure 5.2.

IT IS SO ORDERED.

DATED: June 13, 2014.

_____
UNITED STATES DISTRICT JUDGE