UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as Guardian ad Litem for E.R., K.R., and S.R., minors; and RUBY RODRIGUES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, CORRECT CARE SOLUTIONS, LLC, a Kansas limited liability company, DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:14-CV-00662-KJM-SKO<br><br><br>ORDER |

Defendant Correct Care Solutions (CCS) filed a motion to dismiss on July 31, 2014. ECF No. 39. Plaintiff filed their opposition on September 11, 2014. ECF No. 42. Defendant filed a reply on September 19, 2014. ECF No. 44. With their reply, defendant filed a Request for Judicial Notice (ECF No. 45) of two letters: (1) a letter from plaintiffs' counsel Lynn & O'Brien LLP requesting the decedent's "jail classification and central file as well as all his medical records from 1990 to the present" and (2) a response to this request from the Stanislaus County Sheriff's Department enclosing the relevant documents and naming CCS as the medical provider for the Men's Jail.

1

1  The court has determined in its discretion that plaintiff should be allowed to file a sur-reply to the defendant's reply and request for judicial notice.  Any sur-reply should be filed not later than 14 days from this Order.

IT IS SO ORDERED.

DATED: October 9, 2014.

_____
UNITED STATES DISTRICT JUDGE