UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as Guardian ad Litem for E.R., K.R., and S.R., minors; and RUBY RODRIGUEZ, an individual, | No.  1:14-CV-00662-KJM-SKO |
| Plaintiffs, | ORDER |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

On July 7, 2015, plaintiffs filed an *ex parte* application for leave to file a fourth amended complaint.  ECF No. 67.  The proposed fourth amended complaint would add an additional defendant, Dr. Charles Edwards, to the second and third claims for violations of 42 U.S.C. § 1983 and medical negligence.  *See* Proposed Fourth Am. Compl., Ex. A, ECF No. 67-2. Plaintiffs learned of the proposed new defendant's identity through a June 23, 2015 discovery response.  ECF No. 67-1 at 3.  In their third amended complaint, plaintiffs noted the existence of Doe medical professional defendants they intended to add upon discovering their identity.  Third Am. Compl. ¶ 10, ECF No. 61-1.  Plaintiffs seek amendment on an *ex parte* basis and not through a noticed motion because of the imminent deadline for seeking amendment, July 10, 2015.  ECF No. 67-1 at 2.  Defendants did not respond to plaintiffs' request for a stipulation.  *Id.*  No party has filed an opposition to the plaintiffs' *ex parte* application.

1

Federal Rule of Civil Procedure 15 governs amendments to the pleadings. Its policy favors amendment, and leave to amend should normally be granted unless amendment "would cause the opposing party undue prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay." *Ascon Props., Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989). Here, it appears the amendment will cause no undue prejudice, is not sought in bad faith, is not futile, and will not unduly delay the proceedings. As noted above, no party opposed the application. The discovery cutoff and dispositive motion deadline are set in 2016.

The *ex parte* application is GRANTED. The Clerk of Court is directed to FILE the proposed fourth amended complaint at ECF 67-2 on the court's docket.

IT IS SO ORDERED.

DATED: July 14, 2015.

_____
UNITED STATES DISTRICT JUDGE