# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00662-DAD-SKO<br><br>ORDER RE SETTLEMENT CONFERENCE<br><br>(ECF No. 79) |

This action is set for a settlement conference before the undersigned on April 5, 2016. On March 18, 2016, the parties filed a stipulation to allow for a telephonic appearance at the settlement conference by the insurance claims representative. It is the experience of this court that settlement conferences are not often productive when a party appears telephonically. The Court defers ruling on the stipulation of the parties until Defendants' settlement statement has been received. If Defendants seek a telephonic appearance at the settlement conference, Defendants shall submit their confidential settlement statement to the Court by noon on March 28, 2016. After review, the Court will rule on the stipulation. Plaintiffs' confidential statement shall be submitted according to the Local Rule.

IT IS SO ORDERED.

Dated: __**March 23, 2016**__　　　　　　　　　　　　/s/　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1