**UNITED STATES DISTRICT COURT**

**EASTERN DICTRICT OF CALIFORNIA**

| | |
|---|---|
| CORINA MAREZ, as Guardian ad Litem for E.R., K.R., and S.R., minors, RUBY RODRIGUES, an individual,<br><br>             Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; STANISLAUS COUNTY SHERIFF'S DEPARTMENT; CORRECT CARE SOLUTIONS, LLC, a Kansas limited liability company, and DOES 1 through 100, inclusive,<br><br>             Defendants.<br>_____ / | Case No. 1:14-CV-00662-DAD-SKO<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER (DOC NO. 59) REGARDING EXPERTS; ORDER THEREON** |

Plaintiffs CORINA MAREZ, as Guardian ad Litem for E.R., K.R., and S.R., minors, RUBY RODRIGUES, and Defendants COUNTY OF STANISLAUS (erroneously also sued as STANISLAUS COUNTY SHERIFF'S DEPARTMENT) and CORRECT CARE SOLUTIONS, LLC, by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

The parties respectfully request the District Court modify the Pretrial Scheduling Order and extend the deadline for expert disclosure that is currently set for March 21, 2016 to April 4, 2016, the rebuttal disclosure currently set for April 4, 2016 to April 18, 2016, and extend the cutoff for expert discovery which is currently set for April 29, 2016 to May 13, 2016.  The parties submit good cause exists to modify these deadlines, as they anticipate additional percipient witnesses to be completed prior to the currently discovery deadline of April 1, 2016, and also anticipate that the

parties will be submitting an additional stipulation for a limited modification of the percipient witness discovery deadline due to the unavoidable unavailability of counsel or witnesses.

                                              Respectfully submitted,

Date: March 21, 2016         LYNN & O'BRIEN, LLP

By /s/ Angelina R. Lane *(as authorized on 3/21/16)*
Joshua E. Lynn
Angelina R. Lane
Attorneys for Plaintiffs

Date: March 21, 2016         PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ John R. Whitefleet
      John R. Whitefleet
      Attorney for Defendants COUNTY OF STANISLAUS and STANISLAUS COUNTY SHERIFF'S DEPTMENT

Date: March 21, 2016         LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ Elizabeth Burns *(as authorized on 3/21/16)*
      Reuben B. Jacobson
      Elizabeth A. Burns
      Attorney for Defendant CORRECT CARE SOLUTIONS, LLC

**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER (DOC NO. 59) REGARDING EXPERTS; ORDER THEREON**

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Scheduling Order, be modified as follows:

Expert witness disclosure deadline is set for April 4, 2016;

Rebuttal expert witness disclosure is set for April 18, 2016; and

Expert witness discovery is extended to May 13, 2016.

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **March 22, 2016**                             **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER (DOC NO. 59) REGARDING EXPERTS; ORDER THEREON**