# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| E.R., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | Case No. 1:14-cv-00662-DAD-SKO<br><br>ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE<br><br>(ECF No. 79) |
|---|---|

On March 18, 2016, the parties filed a stipulation to allow for a telephonic appearance at the settlement conference by the insurance claims representative. The Court has reviewed the confidential settlement statements and shall allow the telephonic appearance. However, should it appear that the parties are not proceeding in good faith, the Court will discontinue the settlement conference to be reconvened when all parties can be present.

Accordingly, pursuant to the stipulation of the parties, the claims representative for Correct Care Solutions and Dr. Edwards may appear telephonically for the settlement conference on April 5, 2016.

IT IS SO ORDERED.

Dated:   **April 1, 2016**

UNITED STATES MAGISTRATE JUDGE

1