# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R. et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>             Defendants. | Case No.  1:14-cv-00662-DAD-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY DAYS |

The Court conducted a settlement conference in this action on April 5, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within sixty (60) days from the date of service of this order; and
3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal.

IT IS SO ORDERED.

Dated:   **April 5, 2016**                                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1