UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as guardian ad litem for E.R., K.R., and S.R., minors; RUBY RODRIGUES, an individual<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; STANISLAUS COUNTY SHERIFF'S DEPARTMENT; CORRECT CARE SOLUTIONS, LLC, a Kansas limited liability company; DOES 1–100, inclusive,<br><br>Defendants. | No. 1:14-cv-00662-DAD-SKO<br><br>ORDER REGARDING STIPULATION TO DISMISS DEFENDANT CHARLES EDWARDS, M.D., WITH PREJUDICE<br><br>(Doc. No. 88) |

On April 8, 2016, the parties filed a joint stipulation dismissing defendant Charles Edwards, M.D., from the action with prejudice and with all parties to bear their own costs and attorney fees. (Doc. No. 88.) In light of the parties' stipulation, defendant Charles Edwards, M.D., has been terminated from the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, without an award of attorneys' fees and costs to any party.

IT IS SO ORDERED.

Dated: **April 11, 2016**

UNITED STATES DISTRICT JUDGE

1