UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., K.R., and S.R., minors, by and on behalf of their guardian ad litem CORINA MAREZ; and RUBY RODRIGUES,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT; CORRECT CARE SOLUTIONS, LLC; DR. CHARLES EDWARDS; et al.,<br><br>  Defendants. | No. 1:14-cv-00662-DAD-SKO<br><br>ORDER DENYING STIPULATION<br><br>(Doc. No. 90) |

On April 18, 2016, the parties to this action filed a stipulation "to submit jurisdiction to Magistrate Judge Stanley A. Boone for the limited purposes of handling the minors' compromise. (Doc. No. 90.) However, the relief the parties seek by way of their stipulation is not permitted by 28 U.S.C. § 636(b)(1) or the court's Local Rules.

To the extent the parties seek to have Magistrate Judge Boone address a proposed minor's compromise in this action, they may proceed in one of two ways:

(1) The parties may file a motion for approval of a minor's compromise in addition to a stipulation requesting that the court refer the motion to Magistrate Judge Boone for the purposes of issuing findings and recommendations addressing it, *see* 28

1

U.S.C. § 636(b)(1); or

(2) The parties may consent to magistrate judge jurisdiction for all purposes in this action, *see* 28 U.S.C. § 636(c).  If the parties elect this latter option, the case will be reassigned to Magistrate Judge Boone for all purposes.

However, the parties cannot consent to magistrate judge jurisdiction for only a limited purpose as suggested by their stipulation.  Accordingly, for the reasons stated above, the parties' proposed stipulation is denied.

IT IS SO ORDERED.

Dated:   **May 11, 2016**                              /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE