**LYNN & O'BRIEN, LLP**
Joshua E. Lynn (SBN 182132)
Lynn@lynn-obrien.com
Angelina R. Lane (SBN 261511)
Lane@lynn-obrien.com
924 Laguna Street
Santa Barbara, CA  93101
Tel. 805.845.5966
Fax 805.845.5902

Attorneys for Plaintiffs CORINA MAREZ, as Guardian ad Litem for E.R., K.R., and S.R., minors; and RUBY RODRIGUES,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as Guardian ad Litem for E.R., K.R., and S.R., minors; and RUBY RODRIGUES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, CORRECT CARE SOLUTIONS, LLC, a Kansas limited liability company, and DR. CHARLES EDWARDS, inclusive, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:14-CV-00662-DAD-SKO<br><br>**STIPULATION TO CONTINUE DATE TO FILE DISPOSITIVE DOCUMENTS; DECLARATION OF ANGELINA R. LANE; AND ORDER** |

Plaintiffs Corina Marez, as Guardian ad Litem for E.R., K.R., and S.R., and Ruby Rodrigues and Defendants, County of Stanislaus, Stanislaus County Sheriff's Department and Defendant Correct Care Solutions, LLC hereby stipulate as follows:

1. On April 5, 2016, the parties participated in a Settlement Conference facilitated by Magistrate Judge Stanley A. Boone;
2. After a full day of settlement negotiations the parties reached a settlement agreement;
3. After the Settlement Conference the Court ordered that the parties file dispositive documents within sixty (60) days of April 5, 2016;
4. Three of the plaintiffs are minor children and their compromise must be approved by the Court;
5. The proposed settlement with the minors requires funds to be placed in an annuity;
6. The parties have worked diligently on selecting an annuity plan that is in the best interest of the minors. This was the first time Corina Marez, *Guardian ad Litem* of the minor plaintiffs, has ever had to make such a decision. Since this was new to her, she spent many weeks seeking advice from her counsel, the annuity broker, and her family before selecting a plan that would best satisfy the needs of the minor plaintiffs.
7. Ms. Marez has now selected an annuity plan for each minor plaintiff and the parties are now working together on an unopposed Petition for Approval of Minor's Compromise and final settlement agreements. However, due to the time it took to select an annuity, the Petition will not be ready to be filed until the week of May 30, 2016. It will be placed on the Court's regular motion calendar and it is anticipated that it will not be heard until late June or early July 2016.
8. The annuities cannot be funded until after the Petition is approved.
9. The parties hereby request that the date to file the dispositive documents be extended for another sixty (60) days to August 5, 2016 to allow the Petition to be heard, and if granted, to allow enough time for the annuities to be funded.

///

///

The parties submit that good cause exists to continue the date to file dispositive documents in this case to August 5, 2016. The parties therefore request that the Court enter an order granting such a continuance.

DATED: May 27, 2016                                LYNN & O'BRIEN, LLP

                                                   By:   */s/ Angelina R. Lane*
                                                         Joshua E. Lynn
                                                         Angelina R. Lane
                                                         Attorneys for Plaintiffs
                                                         CORINA MAREZ, as Guardian *ad Litem* for
                                                         E.R., K.R. and S.R., minors; and RUBY
                                                         RODRIGUES

DATED: May 27, 2016                                PORTER SCOTT

                                                   By:   */s/ John R. Whitefleet*
                                                         John R. Whitefleet
                                                         Attorneys for Defendant
                                                         STANISLAUS COUNTY SHERIFFS
                                                         DEPARTMENT; and for Defendant/Cross-
                                                         Complainant COUNTY OF STANISLAUS

DATED: May 27, 2016                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                   By:   */s/ Reuben B. Jacobson*
                                                         Reuben B. Jacobson
                                                         Attorneys for Defendant
                                                         CORRECT CARE SOLUTIONS, LLC

STIPULATION TO CONTINUE DATE TO FILE DISPOSITIVE DOCUMENTS; AND ORDER

**ORDER**

Good cause appearing therefore based upon the stipulation of the parties, by and through their respective counsel or records, the date to file dispositive documents in this case is continued to August 5, 2016.

IT IS SO ORDERED.

Dated:   **May 31, 2016**

_____
UNITED STATES DISTRICT JUDGE

4

STIPULATION TO CONTINUE DATE TO FILE DISPOSITIVE DOCUMENTS; AND ORDER