UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R., K.R., and S.R., minors, by and on behalf of their guardian ad litem CORINA MAREZ; and RUBY RODRIGUES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT; CORRECT CARE SOLUTIONS, LLC; DR. CHARLES EDWARDS; et al.,<br><br>Defendants. | No.  1:14-cv-00662-DAD-SKO<br><br>ORDER GRANTING STIPULATION<br><br>(Doc. No. 95) |

On May 31, 2016, the parties to this action have filed a stipulation requesting that the court refer plaintiffs' pending petition for approval of minors' settlement (Doc. No. 94) to Magistrate Judge Stanley A. Boone for the purpose of issuing findings and recommendations. (Doc. No. 95.)  Finding good cause, the court grants the parties' request.  The plaintiffs' petition is therefore referred to Magistrate Judge Boone for the purpose of issuing findings and recommendations for the undersigned's consideration.

IT IS SO ORDERED.

Dated:   **June 6, 2016**                                             _/s/ Dale A. Drozd_
                                                                                       UNITED STATES DISTRICT JUDGE

1