# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R. et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00662-DAD-SKO<br><br>ORDER DIRECTING DEFENDANTS TO FILE A STATEMENT OF NON-OPPOSITION OR A STATEMENT INDICATING INTENT TO FILE OPPOSITION |

  On April 5, 2016, the undersigned conducted a settlement conference in this action, at which the parties reached a settlement agreement.  On May 31, 2016, Plaintiffs filed a motion to grant an unopposed petition for approval of minors' settlement.  (ECF No. 94.)  On May 31, 2016, the parties filed a stipulation that the Court refer Plaintiffs' pending petition for approval of minors' settlement to the undersigned for the purpose of issuing findings and recommendations.  (ECF No. 95.)  On June 6, 2016, United States District Judge Dale A. Drozd granted the parties' request and referred Plaintiffs' petition for approval of minors' settlement to the undersigned for the purpose of issuing findings and recommendations for District Judge Drozd's consideration.  (ECF No. 96.)  Judge Drozd vacated the hearing previously set before him on July 5, 2016.

  Plaintiffs' counsel, Angelina Lane, filed a declaration along with Plaintiffs' motion to grant the petition for approval of minors' settlement.  (ECF No. 94-2.)  Ms. Lane indicated that

1 she provided the petition to Defendants' counsel, who have reviewed the petition, and have
2 indicated to her that they do not oppose the petition. (ECF No. 94-2 at 4.)  However, there is
3 nothing in the record from Defendants indicating Defendants' non-opposition.  Therefore, if
4 Defendants do not oppose Plaintiffs' petition for approval of minors' settlement, Defendants
5 shall file a statement of non-opposition no later than June 8, 2016.  However, if Defendants do
6 oppose Plaintiffs' petition for approval of minors' settlement, then they shall submit a statement
7 no later than June 8, 2016, indicating that they intend to file an opposition and how long they
8 need to file an opposition.  The parties are advised that if Defendants file a statement of non-
9 opposition, the Court will take this matter under submission without a hearing and decide the
10 matter forwith.

11      Accordingly, Defendants are HEREBY DIRECTED to file a statement of non-opposition
12 to Plaintiffs' petition for approval of minors' settlement or a statement indicating that they intend
13 to file an opposition and how long they need to file an opposition no later than **June 8, 2016**.

IT IS SO ORDERED.

Dated:   **June 7, 2016**

UNITED STATES MAGISTRATE JUDGE