1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   E.R., et al.,                              No. 1:14-cv-00662-DAD-SKO

12                  Plaintiffs,

13         v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND GRANTING
14   COUNTY OF STANISLAUS, et al.,               PLAINTIFFS' PETITION FOR APPROVAL
                                                 OF MINORS' SETTLEMENT
15                  Defendants.
                                                 (Doc. Nos. 94, 98, 99, 100)
16

17

18         On May 31, 2016, plaintiff Ruby Rodrigues and plaintiffs E.R., K.R., and S.R., through

19   their guardian *ad litem*, Corina Marez, filed a motion to grant an unopposed petition for approval

20   of minors' settlement.  (Doc. No. 94.)  On May 31, 2016, the parties filed a stipulation that the

21   court refer plaintiffs' pending petition for approval of minors' settlement to the assigned

22   magistrate judge for the purpose of issuing findings and recommendations with respect to the

23   petition.  (Doc. No. 95.)  On June 6, 2016, the undersigned granted the parties' request and the

24   petition was referred to the assigned magistrate judge for the purpose of issuing findings and

25   recommendations.  (Doc. No. 96.)

26         On June 15, 2016, the assigned magistrate judge issued findings and recommendations

27   recommending that plaintiffs' petition for approval of minors' settlement be granted.  (Doc. No.

28   100.)  Those findings and recommendations were served on the parties and contained notice that

                                                1

1  any objections to the findings and recommendations were to be filed within fourteen days from

2  the date of service.  The period for filing objections has passed and no objections have been filed.

3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4  *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

5  and recommendations to be supported by the record and by proper analysis.

6       Accordingly,

7  1. The findings and recommendations (Doc. No. 100), dated June 15, 2016, are adopted

8     in full;

9  2. The petition to approve the settlement of the claims on behalf of minors E.R., K.R.,

10     and S.R., through their guardian *ad litem*, Corina Marez, (Doc. No. 94) is approved

11     and granted;

12  3. The settlement of plaintiffs' action against defendants in the amount of $150,000 is

13     approved;

14  4. Defendant CCS shall pay $125,000 as follows:

15     a. $19,000 to be paid for an annuity purchase for E.R. from Liberty Life

16       Assurance Company of Boston;

17     b. $19,000 to be paid for an annuity purchase for K.R. from Liberty Life

18       Assurance Company of Boston;

19     c. $19,000 to be paid for an annuity purchase for S.R. from Liberty Life

20       Assurance Company of Boston; and

21     d. $68,000 to the Client Trust Account of Lynn & O'Brien, LLP;

22  5. Annuity payments shall be made payable and be issued directly to:

23     a. E.R. in the amounts of $2,500 on December 12, 2026, $5,000 on December 12,

24       2029, and $22,724 on December 12, 2032;

25     b. K.R. in the amounts of $2,500 on November 5, 2027, $5,000 on November 5,

26       2030, and $24,065 on November 5, 2033; and

27     c. S.R. in the amounts of $2,500 on December 16, 2028, $5,000 on December 16,

28       2031, and $25,872 on December 16, 2034;

6.  Defendant County of Stanislaus shall pay $25,000 to the Client Trust Account of Lynn & O'Brien, LLP;

7.  Attorneys Lynn & O'Brien, LLP, shall be paid the sum of $55,500[1] in attorneys' fees and $18,500 for costs incurred representing plaintiffs; and

8.  The parties' final dismissal documents shall be filed with the court within thirty days of this order.

IT IS SO ORDERED.

Dated:  **July 25, 2016**

_____
UNITED STATES DISTRICT JUDGE

---

[1]  The amount of attorneys' fees was accurately reflected as $55,500 in the body of the findings and recommendations, but a typographical error in the recommendation clause caused the amount to be reflected as $55,000.  (Doc. No. 100 at 4, 8.)  The correct amount is reflected above.  In addition, this order addresses the settlement proceeds of the three minor plaintiffs and not that of the adult plaintiff who is sharing equally in the settlement.  (*See* Doc. No. 100 at 4.)