UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as guardian ad litem for E.R., K.R., and S.R., minors; and RUBY RODRIGUES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, CORRECT CARE SOLUTIONS, LLC, a Kansas limited liability company, and DR. CHARLES EDWARDS, inclusive,<br><br>Defendants. | No. 1:14-cv-00662-DAD-SKO<br><br>ORDER DISMISSING DEFENDANTS COUNTY OF STANISLAUS AND STANISLAUS COUNTY SHERRIFF'S DEPARTMENT WITH PREJUDICE AND DIRECTING THE CLERK OF THE COURT TO TERMINATE THEM FROM THE CASE<br><br>(Doc. No. 102) |

On August 19, 2016, plaintiffs filed a request for voluntary dismissal of defendants County of Stanislaus and Stanislaus County Sheriff's Department, with prejudice, representing that these defendants had complied with the terms of a settlement reached. (Doc. No. 102.) Defendants County of Stanislaus and Stanislaus County Sheriff's Department have previously filed an answer in this action. (Doc. No. 71.) Accordingly, plaintiffs may no longer voluntarily dismiss them under Federal Rule of Civil Procedure 41(a)(1), but must file a motion for voluntary dismissal under Rule 41(a)(2). Unlike a Rule 41(a)(1) notice of dismissal, a Rule 41(a)(2) motion requires court approval. *See* FED. R. CIV. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

1

A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result. *Waller v. Fin. Corp. of Am.*, 828 F.2d 579, 583 (9th Cir. 1987); *see also Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145–46 (9th Cir. 1982). "Legal prejudice" means "prejudice to some legal interest, some legal claim, some legal argument." *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996). A dismissal under Rule 41(a)(2) normally is without prejudice, as explicitly stated in that rule. However, a dismissal with prejudice so that claims cannot be reasserted in another federal suit strengthens the conclusion that the dismissal causes no legal prejudice and is not an abuse of discretion. *See Smith v. Lenches*, 263 F.3d 972, 976 (9th Cir. 2001). In this matter, defendants County of Stanislaus and Stanislaus County Sheriff's Department will suffer no discernable legal prejudice and plaintiff furthermore requests that the dismissal be with prejudice. Defendants County of Stanislaus and Stanislaus County Sheriff's Department have purportedly complied with the terms of a settlement agreement reached with plaintiff. The court therefore finds that dismissal of the action with prejudice is appropriate. Accordingly, defendants County of Stanislaus and Stanislaus County Sheriff's Department are dismissed with prejudice and the Clerk of the Court is directed to terminate them from this action.

IT IS SO ORDERED.

Dated:   **August 22, 2016**                              _____
                                                          UNITED STATES DISTRICT JUDGE