UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA MAREZ, as guardian ad litem for E.R., K.R., and S.R., minors; and RUBY RODRIGUES, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CORRECT CARE SOLUTIONS, LLC, a Kansas limited liability company, inclusive,<br><br>　　　　Defendant. | No. 1:14-cv-00662-DAD-SKO<br><br><u>ORDER DISMISSING DEFENDANT CORRECT CARE SOLUTIONS, LLC AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE</u><br><br>(Doc. No. 104) |

On September 2, 2016, plaintiffs filed a request for voluntary dismissal of defendant Correct Care Solutions, LLC, with prejudice, representing that this defendant had complied with the terms of a settlement agreement reached by the parties. (Doc. No. 104.) However, defendant Correct Care Solutions, LLC has previously filed an answer in this action. (Doc. No. 73.) Accordingly, plaintiffs may no longer voluntarily dismiss Correct Care Solutions, LLC under Federal Rule of Civil Procedure 41(a)(1), but must file a motion for voluntary dismissal under Rule 41(a)(2). Unlike a Rule 41(a)(1) notice of dismissal, a Rule 41(a)(2) motion requires court approval. *See* FED. R. CIV. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

/////

1

A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result. *Waller v. Fin. Corp. of Am.*, 828 F.2d 579, 583 (9th Cir. 1987); *see also Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145–46 (9th Cir. 1982). "Legal prejudice" means "prejudice to some legal interest, some legal claim, some legal argument." *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996). A dismissal under Rule 41(a)(2) normally is without prejudice, as explicitly stated in that rule. However, a dismissal with prejudice so that claims cannot be reasserted in another federal suit strengthens the conclusion that the dismissal causes no legal prejudice and is not an abuse of discretion. *See Smith v. Lenches*, 263 F.3d 972, 976 (9th Cir. 2001). In this matter, defendant Correct Care Solutions, LLC will suffer no discernable legal prejudice and plaintiff furthermore requests that the dismissal be with prejudice. Defendant Correct Care Solutions, LLC has purportedly complied with the terms of a settlement agreement reached with plaintiffs. The court therefore finds that dismissal with prejudice is appropriate.

Accordingly, defendant Correct Care Solutions, LLC is dismissed with prejudice. Since there are no other remaining defendants in this action, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 6, 2016**                    _____
                                                  UNITED STATES DISTRICT JUDGE